UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTELLE HAYMAN,<br>               Plaintiff,<br><br>v.<br><br>WYETH, INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., GREENSTONE, LTD., and PHARMACIA & UPJOHN COMPANY,<br>               Defendants. | Civ. A. No. 05-11441-DPW |

## NOTICE OF APPEARANCE OF JOHN J. BUTTS

Please enter the appearance of John J. Butts, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for the Wyeth, mistakenly identified in the complaint as Wyeth, Inc., and Wyeth Pharmaceuticals, Inc.

                              Respectfully submitted,

                              WYETH and WYETH PHARMACEUTICALS, INC.

                              By their attorneys:

                              /s/ John J. Butts_____
                              Robert M. Mahoney (BBO No. 315040)
                              John J. Butts (BBO No. 643201)
                              Wilmer Cutler Pickering Hale and Dorr LLP
                              60 State Street
                              Boston, MA 02109
                              (617) 526-6000
                              john.butts@wilmerhale.com

Dated: December 23, 2005

## **CERTIFICATE OF SERVICE**

I, John J. Butts, do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service this 23rd day of December, 2005.

/s/ *John J. Butts*
John J. Butts