Case 4:03-cv-01507-WRW    Document 962    Filed 01/04/2006    Page 1 of 3

A CERTIFIED TRUE COPY

DEC 2 8 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
JUDICIAL PANEL ON
U.S. DISTRICT COURT MULTIDISTRICT LITIGATION
EASTERN DISTRICT ARKANSAS

JAN 0 4 2006    DEC 1 2 2005

JAMES W. McCORMACK, CLERK FILED
By: _____ CLERK'S OFFICE
DEP CLERK

*DOCKET NO. 1507*

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

MAR 0 3 2006

*(SEE ATTACHED SCHEDULE)*

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

*CONDITIONAL TRANSFER ORDER (CTO-58)*

4:06-CV-282

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,568 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

This case assigned to District Judge _Wilson_
and to Magistrate Judge _Jones_

### SCHEDULE CTO-58 - TAG-ALONG ACTIONS
### DOCKET NO. 1507
### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 6 05-1592 | Joy Hinkle v. Wyeth, et al. |
| FLM 8 05-1961 | Virginia Gorski v. Wyeth, Inc., et al. |
| FLM 8 05-2018 | Judy Seay v. Wyeth, Inc., et al. |
| FLM 8 05-2036 | Karen McMichael v. Wyeth Inc., et al. |
| FLM 8 05-2043 | Marguerite Gibson v. Wyeth, Inc., et al. |
| | |
| **FLORIDA NORTHERN** | |
| FLN 3 05-394 | Anne Roffman, et al. v. Wyeth, et al. |
| | |
| **FLORIDA SOUTHERN** | |
| FLS 2 05-14296 | Rose DeTorre, et al. v. Wyeth, et al. |
| FLS 9 05-80903 | Marlene Magness, et al. v. Wyeth, et al. |
| | |
| **LOUISIANA WESTERN** | |
| LAW 5 05-1347 | Hilda Ruth Beahm v. Wyeth, et al. |
| LAW 6 05-1857 | Margarite Hebert v. Wyeth Laboratories, Inc., et al. |
| | |
| **MASSACHUSETTS** | |
| MA 1 05-11377 | Barbara Galante, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11436 | Mary Lee, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11437 | Eleanor T. Guarino, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11438 | Elizabeth Walsh v. Wyeth, Inc., et al. |
| MA 1 05-11439 | Rochelle A. Bennett v. Wyeth, Inc., et al. |
| MA 1 05-11441 | Estelle Hayman v. Wyeth, Inc., et al. |
| MA 1 05-11447 | Sophia Higginbottom v. Wyeth, Inc., et al. |
| | |
| **MARYLAND** | |
| MD 1 05-1851 | Carole Mall, et al. v. Wyeth, et al. |
| MD 8 05-2938 | Mary E. Waddell, et al. v. Wyeth, Inc., et al. |
| | |
| **MAINE** | |
| ME 2 05-164 | Beth Cassel-Tableman v. Wyeth, et al. |
| ME 2 05-165 | Toni Rees v. Wyeth, et al. |
| | |
| **MINNESOTA** | |
| MN 0 05-2430 | Marta Maria Parkes v. Wyeth, et al. |
| MN 0 05-2480 | Barbara Thornell v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 05-2521 | Nicole J. Barnett v. Wyeth, et al. |
| MN 0 05-2529 | Patti H. Giambrone v. Wyeth, et al. |
| | |
| **MISSOURI EASTERN** | |
| MOE 4 05-1371 | Cecilia P. Conza v. Wyeth, Inc., et al. |
| MOE 4 05-2018 | Mary Schroeder, et al. v. Wyeth, et al. |
| MOE 4 05-2019 | Jonette Smith, et al. v. Wyeth, et al. |

SCHEDULE CTO-58 - TAG-ALONG ACTIONS     MDL-1507                    PAGE 2 OF 2

**DIST. DIV. C.A. #**              **CASE CAPTION**

MISSISSIPPI NORTHERN
  MSN 1  05-72        Delores Arnold, et al. v. Wyeth, et al.
  MSN 1  05-76        Martha Heleniak, et al. v. Wyeth, et al.
  MSN 4  05-67        Barbara Watson, et al. v. Wyeth, et al.
  MSN 4  05-159       Ethel Lee Murphy, et al. v. Wyeth, et al.
  MSN 4  05-160       Willie Olive, et al. v. Abbott Laboratories, et al.
  MSN 4  05-248       Claudia Stewart v. Wyeth, et al.

NEVADA
  NV-3-05-585         Lorraine Van Brocklin, et al. v. Wyeth, et al.  Vacated 12/27/05

PENNSYLVANIA EASTERN
  PAE 2  05-5525      Laura L. Jackson v. Wyeth, et al.
  PAE 2  05-5527      Betty Harrison v. Wyeth, et al.
  PAE 2  05-5528      Phyllis L. Morris, et al. v. Wyeth, et al.
  PAE 2  05-5529      Annie Sawyer v. Wyeth, et al.
  PAE 2  05-5532      Margaret A. Gray v. Wyeth, et al.
  PAE 2  05-5533      Teresa R. Cassady, et al. v. Wyeth, et al.
  PAE 2  05-5536      Mildred Key, et al. v. Wyeth, et al.
  PAE 2  05-5537      Mariel J. Evans, et al. v. Wyeth, et al.
  PAE 2  05-5540      Charlotte Lewis, et al. v. Wyeth, et al.

PUERTO RICO
  PR 3  05-1822       Emma Serpa-Torres, et al. v. Wyeth

SOUTH DAKOTA
  SD 4  05-4103       Martha Flamming Grimme, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
  TXE 1  05-727       Kathleen Yauch v. Wyeth, et al.

TEXAS NORTHERN
  TXN 7  05-148       Patty Tannahill v. Wyeth, Inc., et al.

VERMONT
  VT 2  05-234        Carolyn Volpini v. Wyeth, et al.
  VT 2  05-235        Ellen H. Sussman v. Wyeth, et al.
  VT 2  05-236        Ruthanne Eldred v. Wyeth, et al.

WISCONSIN WESTERN
  WIW 3  05-614       Lynn J. Cantwell v. Wyeth, Inc., et al.